# Court of Appeals
# of the State of Georgia

ATLANTA,  December 08, 2016

*The Court of Appeals hereby passes the following order:*

**A17I0090.  THE CHILDREN'S DEFENSE FUND et al. v. KALEEM MCINTYRE et al.**

Kaleem McIntyre, individually and as the administrator of the estate of Isabella McIntyre Tobin, filed a complaint for disgorgement and constructive trust, seeking the return of charitable contributions that a prior estate administrator had made to The Children's Defense Fund and Morehouse College on the ground that those contributions were not authorized under the decedent's will.  The trial court denied the organizations' motions to dismiss, and they now seek interlocutory review in this Court.

Our State Constitution grants the Georgia Supreme Court jurisdiction over appeals in "[a]ll cases involving wills."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (3). "The Georgia Supreme Court has interpreted this language to mean only those cases where the validity or construction of a will is the main issue on appeal." *In re Estate of Farkas*, 325 Ga. App. 477, 478 (1) (753 SE2d 137) (2013). Because it appears that the construction of the decedent's will is a main issue in this application, the application is hereby TRANSFERRED to the Supreme Court.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,  12/08/2016
   I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
   Witness my signature and the seal of said court
hereto affixed the day and year last above written.


_____ , Clerk.